## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA ROBYN FERSHIN ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-01875-JCM-GWF |
| ) | |
| vs. ) | **MINUTE ORDER** |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INS. CO., ) | |
| ) | |
| Defendant. ) | |
| ) | Dated:  April 7, 2014 |

THE HONORABLE   George Foley, Jr.   UNITED STATES MAGISTRATE JUDGE

JUDICIAL ASSISTANT:  Julia Wright          RECORDER:            None

COUNSEL FOR PLAINTIFF(S)   :         None Appearing

COUNSEL FOR DEFENDANT(S)  :         None Appearing

MINUTE ORDER IN CHAMBERS :

   **IT IS ORDERED** counsel for Defendant shall file a status report regarding Plaintiff's responsiveness to discovery no later than **April 17, 2014**.

                                                                                    
GEORGE FOLEY, JR.
United States Magistrate Judge